UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY McCRORY, ) | CASE NO. CV 07-03987 (RZ) |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      In accordance with the Memorandum Opinion and Order filed concurrently herewith,

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

      DATED:May 14, 2008

                                  RALPH ZAREFSKY
                              UNITED STATES MAGISTRATE JUDGE